UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILCAR JOSUE ESCOBAR MENDEZ, | No.  1:26-cv-00042-KES-SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |
| | Doc. 7 |

Petitioner Amilcar Josue Escobar Mendez is an immigration detainee proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2026, the assigned magistrate judge issued findings and recommendations to summarily dismiss the petition.  Doc. 7.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings

1

and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 9, 2026, Doc. 7, are adopted in full;

2. The petition for writ of habeas corpus is dismissed without prejudice; and

3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    February 22, 2026

UNITED STATES DISTRICT JUDGE

2